## Wadsworth Stone & Paving Co. v. Whalin.

(Decided April 26, 1911.)

### Appeal from Edmonson Circuit Court.

Damages—Supersedeas.—Damages will not be awarded where it is shown that no supersedeas issued. (See 143 Ky. 140.)

. JOHN A. LOGAN and GRIDER & HARLAN for appellant.

LOGAN & HAZELIP for appellee

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—
On motion to modify mandate.

Unless a supersedeas is issued damages may not be awarded under section 764, although a supersedeas bond is executed. Reed v. Lander, 5 Bush, 598; Jones v. Green, 12 Bush, 127. It is now shown that a supersedeas was not issued and that this fact has been learned since the motion to dismiss the appeal with damages was

passed on. The motion to set aside the award of ten per cent. damages is sustained.